**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00298-CV
No. 05-13-00299-CV
No. 05-13-00300-CV
No. 05-13-00301-CV
No. 05-13-00302-CV

**IN RE CRAIG WATKINS, Relator**

**On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-00180-Q, F11-00181-Q,
F11-00182-Q, F11-00183-Q, and F11-191-Q**

# ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

MICHAEL J. O'NEILL
JUSTICE